UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. **09-CV-22980-Ungaro-Simonton**

ARIEL ORTEGA,

      Plaintiff,

v.

BONDED CREDIT BUREAU, INC.,
d/b/a DRS BONDED COLLECTION SYSTEMS,

      Defendant.

_____/

## COMPLAINT
## JURY DEMAND

1.     Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA"), the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq*. ("FCCPA"), and the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

## JURISDICTION AND VENUE

2.     This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3.      Plaintiff, ARIEL ORTEGA, is a natural person, and citizen of the State of Florida, residing in Miami-Dade County, Florida.

4.      Defendant, BONDED CREDIT BUREAU, INC., d/b/a DRS BONDED COLLECTION SYSTEMS, is a corporation and citizen of the State of Ohio with its principal place of business at 7745 East Kemper Road, Cincinnati, Ohio 45249.

5.      Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6.      Defendant regularly collects or attempts to collect debts for other parties.

7.      Defendant is a "debt collector" as defined in the FDCPA.

8.      Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9.      Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

10.      Defendant left the following messages on Plaintiff's voice mail on his cellular telephone on or about the dates stated:

July 9, 2008
Hi. This message is for Ariel Ortega. If you are not Ariel Ortega, please hang up or disconnect. Mr. Ortega, my name is Kevin Drake and our company is Drs Bonded and sir, this call is an attempt to collect a debt.

2

Ariel, it is important that you contact me at 800-767-9185, extension 4991. Sir, I do have a couple of ways to help you out here. Your reference number is N, like November, 11277 but this is a time sensitive issue and it requires your immediate attention. Thank you.

July 23, 2008
This message is for Ariel Ortega. If you are not Ariel Ortega, please hang up or disconnect. Ariel, my name is Kevin Drake and our company is Drs Bonded. Sir, I have called and left a couple of messages for you. I would appreciate it if you would extend the courtesy of returning this phone call. Sir, this is an attempt to collect a debt. I need to discuss this matter with you. My number is 800-767-9185. My extension is 4991. Sir, your reference number is N11277. I do have a couple of ways to help you with this, but it is important that you call.

August 22, 2008
Hi. This message is for Ariel Ortega. If you are not Mr. Ortega, please hang up or disconnect. Hey, Ariel. It is Kevin Drake at DRS Bonded. I am calling concerning a debt here in the office. Sir, this is an attempt to collect a debt. Any information we obtain will be used for that purpose. If you want to take care of this matter voluntarily, Ariel, I do have a couple ways to help you with this thing. We are seeking resolution on here and if you want to resolve this voluntarily give me a call at 800-767-9185. My extension is 4991 and your reference number is N like in November 11277. Thank you.

September 22, 2008
Hi. This message is for Ariel Ortega. If you are not Ariel Ortega, please hang up or disconnect. Mr. Ortega, my name is Kevin Drake. Our company is DRS Bonded. Sir, the call is an attempt to collect a debt. Ariel, we have left quite a number of messages for you and we have sent official notice to your home by first class mail. We are looking to get this issue resolved, Ariel. If you would like to take care of this now, we can help you to do that. Our number here is 800-767-9185 and my extension is 4991. Ariel, your reference number here is N 11277. Thank you.

October 1, 2008
Hi. This message is for Ariel Ortega. If you are not Mr. Ortega, please hang up or disconnect. Mr. Ortega, my name is Kevin Drake. Our company is DRS Bonded and I am calling, sir, concerning the claim that CitiFinancial has placed in our office. Mr. Ortega, I have called and left you quite a

number of messages. We have sent official notice to your home by first class mail. This is your final attempt or your final opportunity, if you want to take care of this matter voluntarily to do that. The number here is 800-767-9185. My extension is 4991. Sir, your reference number in this office is N like in Nancy, 11277. Mr. Ortega, if you have decided not to take care of this matter voluntarily, I certainly wish you luck.

11.     Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

12.     The messages are "communications" as defined by 15 U.S.C.

§1692a(2). See *Berg v. Merchs. Ass'n Collection Div.*, Case No. 08-60660-Civ-

Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13.     Defendant failed to inform Plaintiff in the messages that the

communication was from a debt collector, failed to inform the Plaintiff of its name

and failed to disclose the purpose of Defendant's messages.

14.     Defendant used an automatic telephone dialing system or a pre-

recorded or artificial voice to place numerous telephone calls to Plaintiff's cellular

telephone.

15.     Plaintiff did not expressly consent to Defendant's placement of

telephone calls to Plaintiff's cellular telephone by the use of an automatic

telephone dialing system or a pre-recorded or artificial voice prior to Defendant's

placement of the calls.

16.     None of Defendant's telephone calls placed to Plaintiff were for

"emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

17.    Defendant willfully or knowingly violated the TCPA.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

18.    Plaintiff incorporates Paragraphs 1 through 17.

19.    Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys*., 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and Leyse v. Corporate Collection Servs., 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a.    Damages;

b.    Attorney's fees, litigation expenses and costs of suit; and

c.    Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

20.    Plaintiff incorporates Paragraphs 1 through 17.

21.    Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose its name and or that it is a debt collector and the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See *Valencia v The*

*Affiliated Group, Inc.*, Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist.

LEXIS 73008, (S.D.Fla., September 23, 2008); *Wright v. Credit Bureau of Georgia,*

*Inc.,* 548 F. Supp. 591, 593 (D. Ga. 1982); and *Hosseinzadeh v. M.R.S. Assocs.,*

387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of

Plaintiff and against Defendant for:

> a.    Damages;
>
> b.    Attorney's fees, litigation expenses and costs of suit; and
>
> c.    Such other or further relief as the Court deems proper.

## COUNT III
## TELEPHONIC HARASSMENT AND ABUSE BY EXCESSIVE CALLING

22.    Plaintiff incorporates Paragraphs 1 through 17.

23.    Defendant caused Plaintiff's telephone to ring repeatedly or

continuously with the intent to annoy, abuse or harass in violation of 15 U.S.C

§1692d(5). See *Sanchez v. Client Servs.*, 520 F. Supp. 2d 1149, 1160-1161 (N.D.

Cal. 2007).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of

Plaintiff and against Defendant for:

> a.    Damages;
>
> b.    Attorney's fees, litigation expenses and costs of suit; and
>
> c.    Such other or further relief as the Court deems proper.

## COUNT IV
## TELEPHONIC HARASSMENT AND ABUSE FOR UNAUTHORIZED CALLS TO A CELLULAR TELEPHONE

24.     Plaintiff incorporates Paragraphs 1 through 17.

25.     Defendant engaged in conduct the natural consequence of which is to harass, oppress, or abuse by using an automatic telephone dialing system or pre-recorded or artificial voice in placing telephone calls to Plaintiff's cellular telephone to which Plaintiff had not consented, in violation of 15 U.S.C §1692d.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a.     Damages;

b.     Attorney's fees, litigation expenses and costs of suit; and

c.     Such other or further relief as the Court deems proper.

## COUNT V
## HARASSMENT IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

26.     Plaintiff incorporates Paragraphs 1 through 17.

27.     By failing to disclose its name, that it is a debt collector and the purpose of its communication, by using an automatic telephone dialing system or pre-recorded or artificial voice in placing telephone calls to Plaintiff's cellular telephone to which Plaintiff had not consented, and by telephoning Plaintiff with such frequency as can be reasonably be expected to harass, Defendant willfully

engaged in conduct the natural consequence of which is to harass in violation of Fla. Stat. §559.72(7).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a.   Damages;

b.   Attorney's fees, litigation expenses and costs of suit; and

c.   Such other or further relief as the Court deems proper.

## COUNT VI
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

28.   Plaintiff incorporates Paragraphs 1 through 17.

29.   Defendant placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice without Plaintiff's prior express consent in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a.   Damages; and

b.   Such other or further relief as the Court deems proper.

## COUNT VII
## DECLARATORY AND INJUNCTIVE RELIEF

30.   Plaintiff incorporates Paragraphs 1 through 17.

31.    Pursuant to 28 U.S.C §§2201 and 2202, Plaintiff seeks a declaration that Defendant's practices are in violation of the TCPA and the FCCPA.

32.    The FCCPA provides for equitable relief including injunctive relief. *Berg v. Merchs. Ass'n Collection Div.*, 586 F. Supp. 2d 1336, 1345, (S.D. Fla. 2008).

33.    Plaintiff seeks a permanent injunction prohibiting Defendant from continuing violation of the FCCPA.

34.    Pursuant to 47 U.S.C § 227 (b)(3)(A), Plaintiff seeks a permanent injunction prohibiting Defendant from continuing violation of the TCPA.

WHEREFORE, Plaintiff requests that the Court enter judgment:

   a.    declaring that Defendant's practices violate the TCPA and the FCCPA;

   b.    permanently injoining Defendant from engaging in the violative practices; and

   c.    Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

Dated this _____ day of October, 2009.

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Ft. Lauderdale, FL 33339

9

Telephone: 954-537-2000
Facsimile: 954-566-2235
donyarbrough@mindspring.com

By:_____
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I(a) PLAINTIFFS**

Ariel Ortega

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES) MIAMI-DADE

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

DONALD A. YARBROUGH, ESQ. POST OFFICE BOX 11842
FORT LAUDERDALE, FL 33339, TELEPHONE (954) 537-2000

**(d)** CIRCLE COUNTY WHERE ACTION AROSE:
DADE, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**DEFENDANTS**

Bonded Credit Bureau, Inc., d/b/a Drs Bonded Collection Systems

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:      IN LAND CONDEMNATION CASES, USE THE LOCATION
OF THE TRACT OF LAND INVOLVED

ATTORNEYS (IF KNOWN)

1:09 CV 22980-UU-Simonton

---

**II. BASIS OF JURISDICTION** (PLACE AN X IN ONE BOX ONLY)

- [ ] 1. U.S. Government Plaintiff
- [X] 3. Federal Question (U.S. Government Not a Party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Case Only)
(PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporation and Principal Place of Business in This State | 1 | [ ] 1 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporation and Principal Place of Business in Another State | 2 | 2 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 3 | [ ] 3 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

**IVa.** 1-2 days estimated (for both sides) to try entire case 15 U.S.C. §1692 et. Seq. Violations of Fair Debt Collection Practices Act

**NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| A CONTRACT | A TORTS | B FORFEITURE PENALTY | A BANKRUPTCY | A OTHER STATUS |
|---|---|---|---|---|
| | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 States Reapportionment |
| [ ] 110 Insurance | [ ] 310 Airplane   [ ] 362 Pers. Injury-Med Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 120 Marine | [ ] 315 Airplane Product Liability   [ ] 365 Personal Injury-Prod. Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | **A PROPERTY RIGHTS** | [ ] 430 Banks and Banking |
| [ ] 130 Miller Act | | | [ ] 820 Copyrights | [ ] 450 Commerce/ICC Rates/etc. B |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander   [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | [ ] 830 Patent | [ ] 460 Deportation |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability   **PERSONAL PROPERTY** | [ ] 640 R.R. & Truck | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 151 Medicare Act | [ ] 340 Marine   [ ] 370 Other Fraud | [ ] 650 Airline Regs. | **B SOCIAL SECURITY** | [ ] 810 Selective Service |
| [ ] 152 Recovery of Defaulted Student Loans (excl Veterans) B | [ ] 345 Marine Product Liability   [ ] 371 Truth in Lending B | [ ] 660 Occupational Safety/Health | [ ] 861 HIA (1395ff) | [ ] 850 Securities /Commodities /Exchange |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits B | [ ] 350 Motor Vehicle   [ ] 380 Other Personal Property Damage | [ ] 690 Other | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 160 Stockholder's Suits | [ ] 355 Motor Vehicle Product Liability   [ ] 385 Property Damage Product Liability | **A LABOR** | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 710 Fair Labor Standards Act | [ ] 864 SSID Title XVI | [ ] 892 Economic Stabilization Act |
| [ ] 195 Contract Product Liability | | [ ] 720 Labor Management Relations B | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **B PRISONER PETITIONS** | [ ] 730 Labor Management Reporting & Disclosure Act | **A FEDERAL TAX SUITS** | [ ] 894 Energy Allocation Act |
| [ ] 210 Land Condemnation | [ ] 441 Voting   [ ] 510 Motions to Vacate Sentence Habeas Corpus | [ ] 740 Railway Labor Act | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 220 Foreclosure B | [ ] 442 Employment   [ ] 530 General* | [ ] 790 Other Labor Litigation | [ ] 871 IRS-Third Party 26b USC 7609 | [ ] 900 Appeal of Fee Determination under Equal Access to Justice |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/Accommodations   [ ] 535 Death Penalty | [ ] 791 Employee Ret. Inc. Security Act B | | [ ] 950 Constitutionality of State Statutes |
| [ ] 240 Torts to Land | [ ] 444 Welfare   [ ] 540 Mandamus & Other* | | | [X] 890 Other Statutory Actions* *A or B |
| [ ] 245 Tort Product Liability | [ ] 440 Other Civil Rights   [ ] 550 Civil Rights *A or B | | | |
| [ ] 290 All Other Real Property | | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

- [X] 1. Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3. Remanded from Appellate Court
- [ ] 4 Refiled
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT**
CHECK IF THIS IS A CLASS ACTION No [ ] UNDER F.R.C.P. 23
DEMAND $ N/A
Check YES only if demanded in complaint
JURY DEMAND: [X] YES  [ ] NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE
DOCKET NUMBER

DATE: October 2, 2009
SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT

FOR OFFICE USE ONLY: Receipt No. 549708
Amount 350.00
Date Paid: _____
M/ifp: _____

S/F 1-2
REV. 9/94