UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-22980-CIV-UNGARO

ARIEL ORTEGA,

    Plaintiff,

v.

BONDED CREDIT BUREAU,
    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice, filed November 16, 2009 (D.E. 4).

THE COURT has considered the Notice and the pertinent portions of the record and is otherwise fully advised in the premises. It is

ORDERED AND ADJUDGED that the case is DISMISSED WITHOUT PREJUDICE.

DONE AND ORDERED in Chambers at Miami, Florida, this 16th day of November, 2009.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record